# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRYL E. GHOLSON,

      Plaintiff,

vs.

STATE OF NEVADA *et al.*,

      Defendants.

Case No. 2:15-cv-01934-KJD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Enlargement of Time (#7), filed on October 30, 2015.

Plaintiff moves for an order extending time to file a Statement of Removal and the Joint Status Report. Plaintiff represents that the Court's Order regarding the Statement of Removal and the Joint Status Report was sent to the wrong address, and that Plaintiff did not receive it until October 24, 2015. Plaintiff did not remove the case to this Court, and is not required to submit a Statement of Removal. The deadline for the Joint Status Report will be extended by one week to allow Plaintiff time to confer with opposing counsel about the preparation of the report. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (#7) is **granted**. The Joint Status Report shall be filed no later than **November 17, 2015**.

**DATED** this 4th day of November, 2015.

                                          */s/ George Foley Jr.*
                                          GEORGE FOLEY, JR.
                                          United States Magistrate Judge